UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUEMING JI (A# 220-546-175), | No. 1:26-cv-03442 DJC SCR |
| Petitioner, | |
| v. | ORDER |
| WARDEN, et al., | |
| Respondents. | |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 16, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations (ECF No. 12) are adopted in full.

2.    Petitioner Yueming Ji's (A# 220-546-175) petition for writ of habeas corpus is GRANTED.

3.    Within fourteen (14) days of this Order, Respondents shall afford Petitioner a new, constitutionally adequate bond hearing before an Immigration Judge.  The Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or risk of flight, and Petitioner shall be allowed to have counsel present.   If Petitioner is not provided a bond hearing in this time, Respondents are ordered to immediately release Petitioner from their custody.

4.    The Clerk of Court is directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:    **June 26, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2