UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUEMING JI, | No. 1:26-cv-03442-DJC-SCR |
| Petitioner, | |
| v. | RELEASE ORDER |
| WARDEN, et al., | A# 220-546-175 |
| Respondents. | |

Petitioner has filed a Motion to Enforce Judgment in which Petitioner requests that this Court order Petitioner's release from custody on the basis that Respondents have failed to comply with the Court's Order that Petitioner be provided an adequate bond hearing within fourteen days. (ECF No. 15.) Respondents' filed a response conceding that a bond hearing was not held within the time period set by the Court. (ECF No. 17 at 2.) Respondents request that this Court permit "a one-week extension of time to comply with the Court's order." (*Id.*)

The Court's prior order was unambiguous. It provided that Petitioner was to receive a bond hearing within fourteen days of the Court's order. (ECF No. 13 at 2.) It also stated that "[i]f Petitioner is not provided a bond hearing in this time, Respondents are ordered to immediately release Petitioner from their custody." (*Id.*) Respondents did not provide Petitioner a bond hearing within the designated time.

1

Thus, they were required to immediately release Petitioner.  Respondents' failure to do so represents a violation of this Court's prior order.  Accordingly, Petitioner's Motion to Enforce Judgment (ECF No. 15) is GRANTED.

Respondents are ORDERED to immediately release Petitioner Yueming Ji from their custody.  Respondents shall not impose any additional restrictions on Petitioner, unless that is determined to be necessary at a future pre-deprivation/custody hearing.  Respondents are permanently ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice describing the change of circumstances necessitating Petitioner's arrest and detention, and a timely hearing.  At any such hearing, the Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight, and Petitioner shall be allowed to have their counsel present.  This Order does not address the circumstances in which Respondents may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal.

The Clerk of the Court is directed to serve Mesa Verde Detention Facility with a copy of this Order.

The Clerk of the Court is further directed to close this case and enter judgment for Petitioner.  This Order resolves all pending motions.

IT IS SO ORDERED.

Dated:   **July 15, 2026**

_Daniel J. Calabretta_
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE